IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALBERTO WENCESLAO AYALA AGUIRRE, | § § § |
| Petitioner, | § § |
| v. | § § CAUSE NO. EP-26-CV-346-KC |
| PAM BONDI et al., | § § § |
| Respondents. | § |

## ORDER

On this day, the Court considered Alberto Wenceslao Ayala Aguirre's Motion to Reopen ("Motion"), ECF No. 11. On February 18, 2026, the Court granted in part Alberto Wenceslao Ayala Aguirre's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision, by February 25. Feb. 18, 2026, Order 6, ECF No. 4. Respondents then informed the Court that Ayala Aguirre was granted a $3,000 bond. Advisory, ECF No. 7.

Ayala Aguirre claims that although an IJ granted his bond, Respondents have not allowed him to post it and thus he remains in custody. Mot. 1. He presumes this may be because Respondents "reserved the right to appeal" the IJ's bond grant. *Id.* But argues that, if "Respondents . . . choose to appeal the bond, they may do so while [he] is out of custody." *Id.* Thus, Ayala Aguirre asks that Respondents immediately allow him to post bond. *Id.*

While some processing delay is to be expected, it has now been over two weeks since the IJ ordered bond, and Ayala Aguirre has not been permitted to post bond, much less been released

from custody.  Accordingly, the Court **ORDERS** Respondents to **FILE** notice of whether Ayala Aguirre has been permitted to post bond, and if not, the reasons for the delay, <u>**by no later than March 13, 2026**</u>.

    **SO ORDERED**.

    **SIGNED this 12th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE